# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONIA DEJESUS,                    : | |
|                         **Plaintiff,**    : | |
|                               : | |
|             **v.**                       : | CIVIL ACTION |
|                               : | No. 16-1061 |
| **NANCY A. BERRYHILL,**            : | |
| **Acting Commissioner of Social Security,**  : | |
|                         **Defendant.**  : | |

## ORDER

This 8th day of May, 2017, upon consideration of Plaintiff's Request for Review, and Defendant's Response thereto, and after careful review of the administrative record and of the Report and Recommendation of United States Magistrate Richard A. Lloret, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review is **DENIED**.

                                                                /s/ Gerald Austin McHugh
                                                                United States District Judge